MARVIN SCHNORR, an Infant, by FAY SCHNORR, His Guardian ad Litem, et al., Respondents, v. GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Botein, Cox, Frank and Valente, JJ.

JULES MICHAEL et al., Individually and as Copartners Doing Business under the Name of BOND INDUSTRIAL MAINTENANCE Co., Appellants, v. DADE BROTHERS, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Botein, Cox, Frank and Valente, JJ.

HELEN ROWLAND et al., v. MENAHEM STIM et al.— Motion to dismiss appeal, insofar as it relates to the defendant Stim, unanimously granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be filed on or before September 11, 1956, with notice of argument for the October, 1956 term of this court, said appeal to be argued or submitted when reached. The branch of the motion to dismiss the appeal as it relates to the defendant Curran is granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

## (May 16, 1956)

### (Republished)

In the Matter of MURIEL S. GLUCK, Appellant, against ALVIN McK. SYLVESTER et al., Respondents.— Order, so far as appealed from, unanimously modified by striking out the respondents' pleading seeking affirmative relief and by denying his application that the accounting trustee pay accumulated income to him and, as so modified, affirmed, with $20 costs and disbursements to the appellant. Opinion per curiam. Settle order on notice. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ. [See ante, p. 463.]

## (May 17, 1956)

MICHAEL M. KEARNEY v. RIVERDALE TOWERS COMPANY, FAIRFIELD MANAGEMENT CORP., et al., including TWELFTH RIVERDALE MANAGEMENT CORP.— Motion to dismiss appeals granted only to the extent stated in order. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.